Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: <br><br> **MICHELLE LOUISE COFER,** <br><br> Debtor. | Case No: 19-40361-JMM <br> Chapter 13 |

### MOTION TO AVOID LIEN

> <u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of service of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice of hearing.
>
> <u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Debtor, through the undersigned attorney, move the Court, pursuant to §522(f)(1)(A), for an order avoiding a judgment lien currently filed against real property based upon the following:

1. On 24 December 2018 Outsource Receivables Management ("Outsource") obtained a judgment against Debtor, Michelle Cofer, in Idaho 5th District, Minidoka County Court, CV34-18-896, for a total amount of $868.79 plus interest accruing.

2. On 4 January 2019 Outsource recorded a judicial lien in Minidoka County against Debtor, Instrument #548296.

3. Debtor filed for bankruptcy relief 17 April 2019.

    4.       Debtor's address 28 West Clark Street, Paul, Idaho is located in Minidoka County.

    5.       Debtor's residence value as set forth in Debtor's Schedule A is $100,250.00.

    6.       Debtor's mortgage lien against the property amounts to $61,073.75.

    7.       Debtor's maximum homestead exemption is $100,000.00 under Idaho Code §§55-1001 – 03 and fully covers the equity remaining in the Debtor's property after the mortgage lien.

    8.       Outsource's lien impairs the value of the homestead exemption on the property that the Debtor would have in the absence of the judgment lien.

WHEREFORE, Debtor moves the Court for an Order avoiding Outsource's judgment lien to the extent in that it impairs the Debtor's homestead exemption.

DATED this 18 April 2019

                                                                                    /s/ Paul Ross
                                                                                  PAUL ROSS

Motion to Avoid Lien

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 18 April 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    U.S. Trustee, ECF
    Kathleen McCallister, ECF, Trustee

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, posted prepaid addressed as follows:

    Green and Son's Agency, Inc.
    d/b/a Outsource Receivables Management
    PO Box 166
    Ogden, UT  84402

    Breck Barton
    Attorney for Outsource Receivables Managment
    PO Box 100
    Rexburn, ID  83440

    Keith Reimer
    Registered Agent for Green and Son's Agency, Inc.
    106 N Woodruff
    Idaho Falls, ID  83401

Via certified mail, return receipt requested, addressed as follows:

    Chris Green
    President of Green and Son's Agency, Inc.
    PO Box 2997
    Alpine, WY  83128

                                               /s/ Paul Ross
                                                 PAUL ROSS

Motion to Avoid Lien